FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 18  AM 8: 28

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

NAJJA HINES,

    Plaintiff,

v.

Correctional Officer ROBERTS;
Warden TODD THOMAS;
Correctional Officer JOHN DOE;
Counselor M. BROWN, and
Unknown Inmate JOHN DOE,

    Defendants.

CIVIL ACTION NO.: CV506-043

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Inmate Doe, Correctional Officer Doe, Todd Thomas, and M. Brown are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). Plaintiff's claims against Defendant Roberts remain pending.

SO ORDERED, this 18th day of SEPTEMBER, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)